UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| COURTNEY ANN MILLS, as dependent administratrix of the estate of Darrell Vaughn Mills,<br><br>　　Plaintiff,<br><br>v.<br><br>FRESENIUS MEDICAL CARE OF NORTH AMERICA, et al.,<br><br>　　Defendants. | No. 1:23-CV-083-H |

## ORDER OF DISMISSAL

Before the Court is the plaintiff's Motion to Dismiss without Prejudice pursuant to Fed. R. Civ. P. 41(a)(2). Dkt. No. 13. The defendants have not pled a counterclaim before being served with the motion. *See* Dkt. Nos. 11; 12. The Court finds that the motion should be granted. Accordingly, this case is dismissed without prejudice, and the Clerk of Court is directed to close this case. The parties shall each bear their own costs and attorney's fees.

So ordered on July 14, 2023.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE